

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F# 2010R02484

*225 Cadman Plaza East*
*Brooklyn, New York 11201*

March 2, 2011

Mr. Cecile Tamara Oliver

Re: U.S. vs. Cecile Tamara Oliver
<u>Criminal Docket No. CR-11-0160</u>

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 03 2011 ★

**BROOKLYN OFFICE**

Dear Mr. Oliver:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Monday, the 14th day of March, 2011 at **11:00 A.M.**, A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: Grand Jury Coordinator (RG)

CC: Hon. Eric N. Vitaliano (Mag. Pollak will accept the plea.)

Soumya Dayananda
Assistant U.S. Attorney

Sally Butler, Esq.

Pretrial Services Officer